IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM JOHNSON,

               Plaintiff,

v.

S.F. HILTON, LLC,

               Defendant.

NO. C10-3453 TEH

ORDER SETTING MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE

After reviewing the parties' November 15, 2010 joint case management conference, it does not appear that a case management conference would be productive at this time. Instead, pursuant to the parties' joint request, IT IS HEREBY ORDERED that:

1. This case is referred to mediation.

2. Mediation shall be completed no later than **April 30, 2011.**

3. The case management conference is continued to **May 16, 2011, at 1:30 PM.** The parties shall meet and confer and file a joint case management conference statement on or before **May 9, 2011.**

**IT IS SO ORDERED.**

Dated: 11/17/10

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT